Date: 02-12-13          Judge:  O'GRADY          Reporter: N. Linnell
                                                 Interpreter: Jaime M. de Castellvi
                                                 Language:  Spanish
Time: 10:04 to 10:32          **UNDER SEAL**

UNITED STATES of AMERICA

    Vs.

JAVIER IVAN RODRIGUEZ          1:11CR00308-001 and 1:13CR00025-001
Defendant's Name               Case Number

Sandi Rhee (local counsel)          Michael Ben'ary
and Robert Feitel (pro hac vice)    Counsel/Government
Counsel/Defendant

Matter called for:

( ) Motions ( ) Setting Trial Date (X) Change of Plea Hrg. ( ) Plea
(X)Arraignment ( )Appeal from USMC ( ) Sentencing ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg ( )Pre-Indictment Plea ( ) Other:_____

Defendant appeared: (X) in person     ( ) Failed to Appear
                    (X) with Counsel ( ) without Counsel ( ) through counsel

Filed in open Court:
( ) Criminal Information (X)Plea Agreement (X)Statement of Facts ( ) Waiver of Indictment

Arraignment & Plea:
(X) WFA ( ) FA (X) PG ( ) PNG Trial by Jury: ( )Demanded ( ) Waived

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Pleas of Guilty as to Count 1ss of the Second Superseding Indictment in 1:11CR308 and to Count 1 of the Indictment in 1:13CR25
Motion for Dismissal of Counts 2ss-5ss of the Second Superseding Indictment in 1:11CR308 and Count 2 of the Indictment in 1:13CR25 (X) by U.S. ( ) by deft.
(X) Orders entered in open court  ( ) Order to follow
Defendant directed to USPO for PSI: (x) Yes ( ) No
Case continued to 05-24-13 at 9:00 AM ( )Jury Trial  ( )Bench Trial ( )Pre-Guidelines Sentencing(x)Guidelines Sentencing
( ) U.S. Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied
( ) Sentence of _____ Months heretofore imposed is reduced to a term of _____
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release
Court ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.

Court accepts plea.

---

Defendant is: (X) In Custody

Email PO: __X__